The motion is overruled.

LE MEILLEUR v. STATE.   (No. 12458.)

Court of Criminal Appeals of Texas.   April 10, 1929.

J. F. Hair, of San Antonio, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J.   Offense, unlawfully passing as true a forged instrument; penalty, two years in the penitentiary.

There is neither a statement of facts nor any bill of exception in the record. Nothing is presented for review.

Judgment affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.